# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

BOB AARON MIKELL      )
                              )
v.                          )    Case No.  CV609-065
                              )                  CR606-026
UNITED STATES OF AMERICA    )

## O R D E R

The Court **DENIES** 28 U.S.C. § 2255 movant Bob Aaron Mikell's Motion for a 75-day extension of time within which to reply to the government's response to his § 2255 motion. CV609-065, doc. 26. He in fact *has* filed a reply, though he uses the obsolete "Traverse" term. Doc. 28. Apparently, movant was worried that his reply was untimely and would not be considered. The Court will consider it.

Mikell's "Motion Reserving the Right to File Additional Motions," doc. 27, to the extent that it seeks to suspend judicial action on the § 2255 motion, is **DENIED**. Like any litigant, Mikell may file motions and

briefs as the need arises. Finally, his Motion for Entry of Default (doc. 25) is **DENIED** as frivolous.

**SO ORDERED** this _18th_ day of August, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA